UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.;
COOSEMANS NEW YORK INC.; and C
AND J BROTHERS, INC.,

                    Plaintiffs,

      -against-

HAVANA PRODUCE INC.; PEREZ
DISTRIBUTION, LLC; PETER L. PEREZ;
and PEDRO H. PEREZ a/k/a PETER PEREZ,

                    Defendants.

Case No. 1:26-cv-00279 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendants Havana Produce Inc.'s and Perez Distribution, LLC's deadline to answer or otherwise respond to the Complaint was February 20, 2026. Dkts. 11, 12. Defendants Peter L. Perez's and Pedro H. Perez's deadline to respond to the Complaint was ten days prior, February 10, 2026. Dkts. 9, 10. To date, Defendants have not answered or otherwise responded to the Complaint. The Court shall, as a courtesy, extend Defendants' deadline to respond to the Complaint to **March 10, 2026**. Defendants are warned that failure to respond to the Complaint could result in default judgment being entered against them.

Dated: February 24, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge