UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.;
COOSEMANS NEW YORK INC.; and C AND J
BROTHERS, INC.,

                              Plaintiffs,

                -against-

HAVANA PRODUCE INC.; PEREZ
DISTRIBUTION, LLC; PETER L. PEREZ; and
PEDRO H. PEREZ a/k/a PETER PEREZ,

                              Defendants.

Case No. 1:26-cv-00279 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendant Pedro H. Perez's request for a 30-day extension of the deadline to answer or otherwise respond to Plaintiffs' Complaint.  Dkt. 19.  In light of "the Second Circuit's 'strong preference for resolving disputes on the merits' rather than by default," *Icon Int'l, Inc. v. Elevation Health LLC*, 347 F.R.D. 274, 294 (S.D.N.Y. 2024) (quoting *New York v. Green*, 420 F.3d 99, 104 (2d Cir. 2005)), the Court shall extend the deadline for all Defendants to respond to the Complaint to **April 9, 2026**.  Defendants are reminded that while individuals may proceed *pro se*, corporate entities cannot do so.  *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993).

In light of the above, the parties' Initial Pretrial Conference shall be adjourned from April 3, 2026 to **April 28, 2026 at 4:30 p.m**.  Pursuant to the Court's Individual Rule 2.D, the parties shall file a proposed Civil Case Management Plan and Scheduling Order and a joint letter at least ten days before the revised conference date.

Dated:  March 11, 2026
           New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge