UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.;
COOSEMANS NEW YORK INC.; and C
AND J BROTHERS, INC.,

                  Plaintiffs,

-against-

HAVANA PRODUCE INC.; PEREZ
DISTRIBUTION, LLC; PETER L. PEREZ;
and PEDRO H. PEREZ a/k/a PETER PEREZ,

                  Defendants.

Case No. 1:26-cv-00279 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The in-person initial pretrial conference previously scheduled for **April 28, 2026 at 4:30 p.m.** is converted to a remote Microsoft Teams video conference.  Counsel and Defendant Pedro H. Perez will receive log-in credentials at the email addresses on the docket.  Plaintiffs' counsel shall email a copy of this order along with the log-in credentials to Defendants.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 453 328 683#.  The Clerk of Court is respectfully directed to add a *Pro Se* flag to the docket and mail a copy of this order to Pedro H. Perez.

Dated:  April 23, 2026
       New York, New York

                              SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge

Copies to:

Plaintiffs' Counsel (via ECF)

Mr. Pedro H. Perez
28 Schindler Ct
Upper Saddle River, NJ 07458