UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.; COOSEMANS NEW YORK INC.; and C AND J BROTHERS, INC.,

Plaintiffs,

-against-

HAVANA PRODUCE INC.; PEREZ DISTRIBUTION, LLC; PETER L. PEREZ; and PEDRO H. PEREZ a/k/a PETER PEREZ,

Defendants.

Case No. 1:26-cv-00279 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiffs' status report, which documents Plaintiffs' discovery efforts and proposes next steps in this action. *See* Dkt. 33. Having reviewed the status report, the Court grants Plaintiffs leave to file a combined motion for default judgment against Defendants Havana Produce Inc., Perez Distribution, LLC and Peter L. Perez (the "Default Defendants") and a motion for summary judgment as to Defendant Pedro H. Perez ("Perez").

Plaintiffs shall file their requests for Clerk's Certificates of Default as to the Default Defendants by **July 24, 2026**. Plaintiffs' motions for default judgment and summary judgment shall be due **within 30 days** of Plaintiffs obtaining all necessary Clerk's Certificates of Default. Any opposition to the motions shall be due **21 days** after service thereof. Plaintiffs' replies shall be due **14 days** after the docketing of any opposition.

The post-discovery conference scheduled for September 17, 2026 and all related deadlines are canceled.

Dated: July 15, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge