UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.; COOSEMANS NEW YORK INC.; and C AND J BROTHERS, INC.,

Plaintiffs,

-against-

HAVANA PRODUCE INC.; PEREZ DISTRIBUTION, LLC; PETER L. PEREZ; and PEDRO H. PEREZ a/k/a PETER PEREZ,

Defendants.

Case No. 1:26-cv-00279 (JLR)

**JUDGMENT**

JENNIFER L. ROCHON, United States District Judge:

**UPON** the motion of Plaintiffs Fierman Produce Exchange, Inc. ("Fierman"), Coosemans New York Inc. ("Coosemans"), and C and J Brothers, Inc. ("C&J") (collectively, "Plaintiffs"), Dkt. 48, the accompanying declarations of Gregory Brown, Dkt. 52, Joel Fierman, Dkt. 53, Edward Creces, Dkt. 54, and Matthew Park, Dkt. 55, the exhibits annexed thereto, the Clerk's Certificate of Default, Dkt. 38, Plaintiffs' Statement of Material Facts, Dkt. 40, the Notice to *Pro Se* Litigant Who Opposes a Motion for Summary Judgment, Dkt. 57, and the related supporting memorandum of law, Dkt. 56, which demonstrate that: (1) non-appearing Defendants Havana Produce Inc. ("Havana"), Perez Distribution, LLC ("Perez Distribution") and Peter L. Perez ("Peter Perez") (collectively, the "Defaulting Defendants") have failed to appear and defend themselves in this action; (2) there are no material facts in dispute that would prevent the entry of judgment in favor of Plaintiffs and against Defendant Pedro H. Perez ("Pedro Perez"), jointly and severally with the Defaulting Defendants; and (3) Defendants owe Plaintiffs a debt as follows:

a) in favor of Fierman, in the principal amount of $18,000.00, plus accrued interest through August 13, 2026, in the amount of $2,879.22, and accrued attorneys' fees and expenses through August 13, 2026, in the amount of $7,931.99, for a judgment under the trust

provisions of PACA in the amount of $28,811.21, plus additional accrued interest at the daily rate of $8.88 through and including the date of entry of judgment;

b) in favor of Coosemans, in the principal amount of $18,770.00, plus accrued interest through August 13, 2026, in the amount of $3,033.79, and accrued attorneys' fees and expenses through August 13, 2026, in the amount of $8,271.31, for a judgment under the trust provisions of PACA in the amount of $30,075.10, plus additional accrued interest at the daily rate of $9.26 through and including the date of entry of judgment; and

c) in favor of C&J, in the principal amount of $4,702.00, plus accrued interest through August 13, 2026, in the amount of $396.84, and accrued attorneys' fees and expenses through August 13, 2026, in the amount of $2,072.01, for a judgment under the trust provisions of PACA in the amount of $7,170.85, plus additional accrued interest at the daily rate of $1.16 through and including the date of entry of judgment; and

**UPON** Defendants having failed to timely oppose or otherwise respond to Plaintiffs' motion, it is hereby:

**ORDERED** that, for the reasons stated on the record at the October 6, 2026 hearing, Plaintiffs' motion for default judgment as to Defendants Havana Produce Inc., Perez Distribution, LLC, and Peter L. Perez and for summary judgment in Plaintiffs' favor as to Defendant Pedro H. Perez, Dkt. 48, is GRANTED; and it is further,

**ORDERED** that judgment is hereby entered in favor of Fierman and against Defendants, jointly and severally, in the principal amount of $18,000.00, plus accrued interest through August 13, 2026, in the amount of $2,879.22, and accrued attorneys' fees and expenses in the amount of $7,931.99, for a judgment under the trust provisions of PACA in the amount of $28,811.21, plus additional accrued interest at the daily rate of $8.88 through and including the date of entry of judgment; and it is further,

**ORDERED** that judgment is hereby entered in favor of Coosemans and against Defendants, jointly and severally, in the principal amount of $18,770.00, plus accrued interest through August 13, 2026, in the amount of $3,033.79, and accrued attorneys' fees and expenses in the amount of $8,271.31, for a judgment under the trust provisions of PACA in the amount of $30,075.10, plus additional accrued interest at the daily rate of $9.26 through and including the date of entry of judgment; and it is further,

**ORDERED** that judgment is hereby entered in favor of C&J and against Defendants, jointly and severally, in the principal amount of $4,702.00, plus accrued interest through August 13, 2026, in the amount of $396.84, and accrued attorneys' fees and expenses in the amount of $2,072.01, for a judgment under the trust provisions of PACA in the amount of $7,170.85, plus additional accrued interest at the daily rate of $1.16 through and including the date of entry of judgment; and it is further,

**ORDERED** that the judgment entered in favor of Plaintiffs and against Defendants, jointly and severally, is a final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just cause for delay in light of Plaintiffs' statutory right to prompt payment under PACA, and Plaintiffs may have immediate execution therefore.

In light of the above, the Clerk of Court is respectfully directed to CLOSE this case.

Dated: October 6, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge